UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE S. CASTLE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>RESIDENTIAL CREDIT SOLUTIONS, INC., et al.,<br><br>  Defendants. | Case No. 15-cv-06203-JD<br><br>**JUDGMENT** |

On May 17, 2016, the Court dismissed this case without prejudice under Federal Rule of Civil Procedure 41(b). Pursuant to Federal Rule of Civil Procedure 58, the Court enters judgment against plaintiffs Steve S. Castle and Deborah J. Castle.

**IT IS SO ORDERED.**

Dated: May 20, 2016

_____
JAMES DONATO
United States District Judge